IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDWARD CHARLES DUNMORE                                                              PLAINTIFF

V.                              NO.  5:08cv00255 BSM-JWC

BRENT COLE, et al                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Defendants Smith and the Grant County Sheriff's Department are hereby dismissed, without prejudice. Plaintiff's case shall proceed only against Defendants DePriest and Cole at this time.

Service for Defendants DePriest and Cole is now appropriate.  The Clerk of the Court is directed to prepare a summons for each Defendant, and the United States Marshal is directed to serve copies of the original and amended complaints with any attachments (doc. 1, 4), a copy of the docket sheet, and a summons for each Defendant without prepayment of fees and costs or security therefor.  Should Defendants need copies of other filed documents, they are available from the Clerk's office or may be accessed through the PACER system for the United States District Court.

IT IS SO ORDERED this 3rd day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE