IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDWARD CHARLES DUNMORE
ADC #143129                                                                                    PLAINTIFF

V.                                        5:08CV00255 BSM/JTR

BRENT COLE, Lieutenant,
Sheridan Detention Center; et al.                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The John Doe Defendants and Plaintiff's inadequate medical care claims are DISMISSED, WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 4(m).

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 1st day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE