**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

EDWARD CHARLES DUNMORE                                                         PLAINTIFF

V.                                          5:08CV00255 BSM/JTR

BRENT COLE, Lieutenant,
Sheridan Detention Center; and
GENTRY DEPRIEST, Officer,
Sheridan Detention Center                                                      DEFENDANTS

## ORDER

On August 31, 2009, the Court entered an Order giving Plaintiff thirty days to file a Response to Defendants' Motion for Summary Judgment *and* a Statement of Disputed Facts. *See* docket entry #88. On September 4, 2009, Plaintiff filed his Response. *See* docket entry #91. However, he has *not* filed his Statement of Disputed Facts.

The Court reminds Plaintiff that, if he fails to timely and properly file his Statement of Disputed Facts (in compliance with the specific instructions set forth in the Court's August 31, 2009 Order), all of the facts set forth in Defendant's summary judgment papers could be deemed admitted by Plaintiff, pursuant to Local Rule 56.1(c).

It is so ordered this 14th day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE