UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDWARD CHARLES DUNMORE**                                     **PLAINTIFF**

v.                **CASE NO. 5:08cv00255 BSM/JTR**

**BRENT COLE, Lieutenant,**
**Sheridan Detention Center; and**
**GENTRY DEPRIEST, Officer,**
**Sheridan Detention Center**                                    **DEFENDANTS**

## ORDER

The court has reviewed the proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED that the court adopts the recommended disposition, that judgment be entered in favor of defendants and that plaintiff's claims, in their entirety, be DISMISSED, WITH PREJUDICE.

Dated this 19th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE