UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDWARD CHARLES DUNMORE**                                                                 **PLAINTIFF**

v.                        **CASE NO. 5:08cv00255 BSM/JTR**

**BRENT COLE, Lieutenant,**
**Sheridan Detention Center; and**
**GENTRY DEPRIEST, Officer,**
**Sheridan Detention Center**                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order adopting the proposed findings and recommended disposition entered in this case, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered in favor of defendants Brent Cole and Gentry DePriest, and that this action and all of plaintiff's claims, in their entirety, be DISMISSED, WITH PREJUDICE.

DATED this 19th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE